**ORDERED ACCORDINGLY.**

Dated: November 12, 2009

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14373/1100195348

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Gilbert Ybarra and Rachel V. Ybarra<br>      Debtors.<br>_____<br>U.S. Bank National Association, as trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2006-EQ1<br>      Movant,<br> vs.<br><br>Gilbert Ybarra and Rachel V. Ybarra, Debtors; Russell A. Brown, Trustee.<br><br>      Respondents. | No. 2:09-bk-10756-GBN<br><br>Chapter 13<br><br>AMENDED O R D E R<br><br>(Related to Docket # 39) |

This matter having come before the Court for a Preliminary Hearing on November 3, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Iller M. Hardy, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated, **effective December 18, 2009**, as to

Movant with respect to that certain real property which is subject of a Deed of Trust dated March 29, 2006, and recorded on April 5, 2006, in the office of the Maricopa County Recorder at Instrument No. 20060457187 wherein U.S. Bank National Association, as trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2006-EQ1 is the current beneficiary and Gilbert Ybarra and Rachel V. Ybarra have an interest in, further described as:

Lot 686, of CONTINENTAL NORTH UNIT EIGHT, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 151 of Maps, page 37.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT